Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIM DO GROOT SWITZER,<br><br>    Defendant. | No.  6:16-mj-004-MJS<br><br>**MOTION TO DISMISS AND VACATE INITIAL APPEARANCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the Initial Appearance currently set for January 26, 2016, at 10:00 AM. Defendant has provided proof of a valid medicinal marijuana license and was arrested and booked.

Dated:  January 20, 2016              NATIONAL PARK SERVICE


                                       /S/ Matthew McNease_____
                                      Matthew McNease
                                      Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Kim De Groot Switzer;* 6:16-mj-004-MJS, be dismissed, without prejudice, and the Initial Appearance set for January 26, 2016, be vacated.

IT IS SO ORDERED.

Dated:   January 23, 2016          /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE

.